UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF WILLIAM BARNEY PURSUANT TO 28 U.S.C. § 1782 FOR THE TAKING OF DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Applicant. | Case No. 22-mc-80154-HSG<br><br>**ORDER TO SHOW CAUSE** |

In December 2022, the Court granted William Barney's ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas for documents on Google LLC and Meta Platforms, Inc. *See* Dkt. No. 23. The Court directed Google and Meta to notify and serve a copy of the subpoena and the Court order on the account holder(s), and provided the account holder(s) 21 days from the date of the notice to file a motion contesting the subpoena. As of the date of this order, no such motion has been filed. The Court therefore **DIRECTS** the parties **TO SHOW CAUSE** why the case should not be closed. Mr. Barney and any interested party shall file a statement of two pages or less by June 16, 2023.

**IT IS SO ORDERED.**

Dated: 6/7/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge